NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CODY WILLIAMS and DIXIE  )
WILLIAMS a/k/a DIXIE STUMPNER, )
        )
  Appellants,    )
        )
v.        )  Case No. 2D18-2802
        )
WADE SPURLIN and ELIZABETH )
SPURLIN,      )
        )
  Appellees.    )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Hendry County; James D. Sloan,
Judge.

Cody Williams and Dixie Williams
a/k/a Dixie Stumpner, pro se.

Robin Bresky and Randall Burks of
Law Offices of Robin Bresky, Boca
Raton, for Appellees.

PER CURIAM.

   Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.